IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKEY L. MCGEE, <br> TDCJ No. 2173658, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:17-CV-2255-D |
| IRVING POLICE DEPARTMENT, <br> ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on April 11, 2023. No objections were filed. The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 5, 2023.

_____
SIDNEY A. FITZWATER
SENIO JUDGE